| | |
|---|---|
| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email<br><br>Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | FOR COURT USE ONLY |

## United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br><br>Jason Sweeney | CASE NO.:<br><br>CHAPTER:  Chapter 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION**<br>**DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1.  ☑  I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

☑  **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

☐  **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 12/01/2022 _____  _____ Jason Sweeney _____  _____ [signature] _____

Printed name of Debtor 1                    Signature of Debtor

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2.  ☐  I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

☐  **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

☐  **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____  _____  _____

Printed name of Debtor 2                    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    **F 1002-1.EMP.INCOME.DEC**

Target Corporation  7000 Target Parkway N. Mail Stop: NCC-0102 Minneapolis, MN 55445,  HROC 1-800-394-1885

| Name: | Jason Sweeney | Check #: | **VOID** | 401k Before TAX: | 0.00% | **TARGET** |
|---|---|---|---|---|---|---|
| Employee ID: | 0076162895 | Check Date: | 10/06/2022 | 401k After TAX: | 0.00% | |
| Pay Period Begin: | 09/25/2022 | Curr Tot Hrs Worked: 34.63 | | Average Hours: | 36.48 | |
| Pay Period End: | 10/01/2022 | Total Hours YTD: | 964.39 | | | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 885.21 | 0.00 | 176.09 | 1.52 | 707.60 |
| YTD | 21,857.11 | 0.00 | 4,238.71 | 42.03 | 17,576.37 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| CA DC Walk Time | 09/25/2022 - 10/01/2022 | 0.3 | 20.16 | 6.05 | 124.61 | OASDI | 54.88 | 1,355.14 |
| Emergency Taken YTD | 09/25/2022 - 10/01/2022 | 69 | 0 | 0.00 | 0.00 | Medicare | 12.84 | 316.93 |
| Health Check | 09/25/2022 - 10/01/2022 | 0.15 | 20.16 | 3.03 | 64.98 | Federal Withholding | 72.39 | 1,721.58 |
| Overtime | 09/25/2022 - 10/01/2022 | 10.63 | 31.24 | 332.10 | 6,841.46 | State Tax - CA | 26.24 | 604.63 |
| Regular | 09/25/2022 - 10/01/2022 | 23.55 | 20.16 | 474.77 | 9,779.95 | CA SDI - CASDI | 9.74 | 240.43 |
| Shift Rate ($2.00) | 09/25/2022 - 10/01/2022 | 34.63 | 2 | 69.26 | 1,595.98 | | | |
| CA DC Walk Prem | | | | | 11.52 | | | |
| Emergency Time Off | | | | | 1,297.20 | | | |
| Health Check Prem | | | | | 5.76 | | | |
| Hol Prem | | | | | 838.40 | | | |
| Holiday | | | | | 631.90 | | | |
| Shift Rate ($1.00) | | | | | 20.10 | | | |
| Sick | | | | | 440.55 | | | |
| Vacation | | | | | 204.70 | | | |
| | | | | | | Employee Taxes | 176.09 | 4,238.71 |
| Earnings | | | | 885.21 | 21,857.11 | | | |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| | | | LTD | 1.52 | 42.03 |
| Total | 0.00 | 0.00 | Total | 1.52 | 42.03 |

| | Federal | State | Taxable Wages | | |
|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married filing separately | Description | Amount | YTD |
| | | | OASDI | 885.21 | 21,857.11 |
| Allowances | 0 | 0 | Medicare | 885.21 | 21,857.11 |
| Additional Withholding | 0 | | Federal Withholding | 885.21 | 21,857.11 |
| | | | State Tax - CA | 885.21 | 21,857.11 |

| Time Off Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Emergency Time Off | 0.00 | 0.00 | 17.00 |
| Sick | 1.16 | 0.00 | 5.41 |
| Vacation | 1.87 | 0.00 | 51.67 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | Reference ID | Amount |
| Wells Fargo | Wells Fargo ******2821 | ******2821 | 048616022 | 707.60   USD |

Target Corporation  7000 Target Parkway N. Mail Stop: NCC-0102 Minneapolis, MN 55445,  HROC 1-800-394-1885

| Name: | Jason Sweeney | Check #: | **VOID** | 401k Before TAX: | 0.00% | **TARGET** |
| Employee ID: | 0076162895 | Check Date: | 10/13/2022 | 401k After TAX: | 0.00% | |
| Pay Period Begin: | 10/02/2022 | Curr Tot Hrs Worked: 34.67 | | Average Hours: | 36.42 | |
| Pay Period End: | 10/08/2022 | Total Hours YTD: | 999.06 | | | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 886.53 | 0.00 | 176.45 | 1.52 | 708.56 |
| YTD | 22,743.64 | 0.00 | 4,415.16 | 43.55 | 18,284.93 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| CA DC Walk Time | 10/02/2022 - 10/08/2022 | 0.3 | 20.16 | 6.05 | 130.66 | OASDI | 54.97 | 1,410.11 |
| Emergency Taken YTD | 10/02/2022 - 10/08/2022 | 69 | 0 | 0.00 | 0.00 | Medicare | 12.85 | 329.78 |
| Health Check | 10/02/2022 - 10/08/2022 | 0.15 | 20.16 | 3.03 | 68.01 | Federal Withholding | 72.55 | 1,794.13 |
| Overtime | 10/02/2022 - 10/08/2022 | 10.67 | 31.24 | 333.34 | 7,174.80 | State Tax - CA | 26.33 | 630.96 |
| Regular | 10/02/2022 - 10/08/2022 | 23.55 | 20.16 | 474.77 | 10,254.72 | CA SDI - CASDI | 9.75 | 250.18 |
| Shift Rate ($2.00) | 10/02/2022 - 10/08/2022 | 34.67 | 2 | 69.34 | 1,665.32 | | | |
| CA DC Walk Prem | | | | | 11.52 | | | |
| Emergency Time Off | | | | | 1,297.20 | | | |
| Health Check Prem | | | | | 5.76 | | | |
| Hol Prem | | | | | 838.40 | | | |
| Holiday | | | | | 631.90 | | | |
| Shift Rate ($1.00) | | | | | 20.10 | | | |
| Sick | | | | | 440.55 | | | |
| Vacation | | | | | 204.70 | | | |
| | | | | | | Employee Taxes | 176.45 | 4,415.16 |
| Earnings | | | | 886.53 | 22,743.64 | | | |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| | | | LTD | 1.52 | 43.55 |
| Total | 0.00 | 0.00 | Total | 1.52 | 43.55 |

| | Federal | State | Taxable Wages | | |
|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married filing separately | Description | Amount | YTD |
| | | | OASDI | 886.53 | 22,743.64 |
| Allowances | 0 | 0 | Medicare | 886.53 | 22,743.64 |
| Additional Withholding | 0 | | Federal Withholding | 886.53 | 22,743.64 |
| | | | State Tax - CA | 886.53 | 22,743.64 |

| Time Off Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Emergency Time Off | 0.00 | 0.00 | 17.00 |
| Sick | 1.16 | 0.00 | 6.57 |
| Vacation | 1.87 | 0.00 | 53.54 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | Reference ID | Amount |
| Wells Fargo | Wells Fargo ******2821 | ******2821 | 048878071 | 708.56  USD |

Target Corporation  7000 Target Parkway N. Mail Stop: NCC-0102 Minneapolis, MN 55445,  HROC 1-800-394-1885

| Name: | Jason Sweeney | Check #: | **VOID** | 401k Before TAX: | 0.00% | |
|---|---|---|---|---|---|---|
| Employee ID: | 0076162895 | Check Date: | 10/20/2022 | 401k After TAX: | 0.00% | **TARGET** |
| Pay Period Begin: | 10/09/2022 | Curr Tot Hrs Worked: | 34.72 | Average Hours: | 36.36 | |
| Pay Period End: | 10/15/2022 | Total Hours YTD: | 1033.78 | | | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 888.19 | 0.00 | 176.90 | 1.52 | 709.77 |
| YTD | 23,631.83 | 0.00 | 4,592.06 | 45.07 | 18,994.70 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| CA DC Walk Time | 10/09/2022 - 10/15/2022 | 0.3 | 20.16 | 6.05 | 136.71 | OASDI | 55.06 | 1,465.17 |
| Emergency Taken YTD | 10/09/2022 - 10/15/2022 | 69 | 0 | 0.00 | 0.00 | Medicare | 12.88 | 342.66 |
| Health Check | 10/09/2022 - 10/15/2022 | 0.15 | 20.16 | 3.03 | 71.04 | Federal Withholding | 72.75 | 1,866.88 |
| Overtime | 10/09/2022 - 10/15/2022 | 10.72 | 31.24 | 334.90 | 7,509.70 | State Tax - CA | 26.44 | 657.40 |
| Regular | 10/09/2022 - 10/15/2022 | 23.55 | 20.16 | 474.77 | 10,729.49 | CA SDI - CASDI | 9.77 | 259.95 |
| Shift Rate ($2.00) | 10/09/2022 - 10/15/2022 | 34.72 | 2 | 69.44 | 1,734.76 | | | |
| CA DC Walk Prem | | | | | 11.52 | | | |
| Emergency Time Off | | | | | 1,297.20 | | | |
| Health Check Prem | | | | | 5.76 | | | |
| Hol Prem | | | | | 838.40 | | | |
| Holiday | | | | | 631.90 | | | |
| Shift Rate ($1.00) | | | | | 20.10 | | | |
| Sick | | | | | 440.55 | | | |
| Vacation | | | | | 204.70 | | | |
| | | | | | | Employee Taxes | 176.90 | 4,592.06 |
| Earnings | | | | 888.19 | 23,631.83 | | | |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| | | | LTD | 1.52 | 45.07 |
| Total | 0.00 | 0.00 | Total | 1.52 | 45.07 |

| | Federal | State | Taxable Wages | | |
|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married filing separately | Description | Amount | YTD |
| | | | OASDI | 888.19 | 23,631.83 |
| Allowances | 0 | 0 | Medicare | 888.19 | 23,631.83 |
| | | | Federal Withholding | 888.19 | 23,631.83 |
| Additional Withholding | 0 | | State Tax - CA | 888.19 | 23,631.83 |

| Time Off Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Emergency Time Off | 0.00 | 0.00 | 17.00 |
| Sick | 1.16 | 0.00 | 7.73 |
| Vacation | 1.87 | 0.00 | 55.41 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | Reference ID | Amount |
| Wells Fargo | Wells Fargo ******2821 | ******2821 | 049171080 | 709.77   USD |

Target Corporation  7000 Target Parkway N. Mail Stop: NCC-0102 Minneapolis, MN 55445,  HROC 1-800-394-1885

| Name: | Jason Sweeney | Check #: | **VOID** | 401k Before TAX: | 0.00% | **TARGET** |
|---|---|---|---|---|---|---|
| Employee ID: | 0076162895 | Check Date: | 10/27/2022 | 401k After TAX: | 0.00% | |
| Pay Period Begin: | 10/16/2022 | Curr Tot Hrs Worked: 34.67 | | Average Hours: | 36.3 | |
| Pay Period End: | 10/22/2022 | Total Hours YTD: | 1068.45 | | | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 886.53 | 0.00 | 176.46 | 1.52 | 708.55 |
| YTD | 24,518.36 | 0.00 | 4,768.52 | 46.59 | 19,703.25 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| CA DC Walk Time | 10/16/2022 - 10/22/2022 | 0.3 | 20.16 | 6.05 | 142.76 |
| Emergency Taken YTD | 10/16/2022 - 10/22/2022 | 69 | 0 | 0.00 | 0.00 |
| Health Check | 10/16/2022 - 10/22/2022 | 0.15 | 20.16 | 3.03 | 74.07 |
| Overtime | 10/16/2022 - 10/22/2022 | 10.67 | 31.24 | 333.34 | 7,843.04 |
| Regular | 10/16/2022 - 10/22/2022 | 23.55 | 20.16 | 474.77 | 11,204.26 |
| Shift Rate ($2.00) | 10/16/2022 - 10/22/2022 | 34.67 | 2 | 69.34 | 1,804.10 |
| CA DC Walk Prem | | | | | 11.52 |
| Emergency Time Off | | | | | 1,297.20 |
| Health Check Prem | | | | | 5.76 |
| Hol Prem | | | | | 838.40 |
| Holiday | | | | | 631.90 |
| Shift Rate ($1.00) | | | | | 20.10 |
| Sick | | | | | 440.55 |
| Vacation | | | | | 204.70 |
| Earnings | | | | 886.53 | 24,518.36 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 54.97 | 1,520.14 |
| Medicare | 12.86 | 355.52 |
| Federal Withholding | 72.55 | 1,939.43 |
| State Tax - CA | 26.33 | 683.73 |
| CA SDI - CASDI | 9.75 | 269.70 |
| Employee Taxes | 176.46 | 4,768.52 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Total | 0.00 | 0.00 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| LTD | 1.52 | 46.59 |
| Total | 1.52 | 46.59 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married filing separately |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI | 886.53 | 24,518.36 |
| Medicare | 886.53 | 24,518.36 |
| Federal Withholding | 886.53 | 24,518.36 |
| State Tax - CA | 886.53 | 24,518.36 |

### Time Off Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Emergency Time Off | 0.00 | 0.00 | 17.00 |
| Sick | 1.16 | 0.00 | 8.89 |
| Vacation | 1.87 | 0.00 | 57.28 |

### Payment Information

| Bank | Account Name | Account Number | Reference ID | Amount |
|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******2821 | ******2821 | 049389993 | 708.55  USD |

Target Corporation  7000 Target Parkway N. Mail Stop: NCC-0102 Minneapolis, MN 55445,  HROC 1-800-394-1885

| | | | | |
|---|---|---|---|---|
| Name: | Jason Sweeney | Check #: | **VOID** | 401k Before TAX: 0.00% |
| Employee ID: | 0076162895 | Check Date: | 11/03/2022 | 401k After TAX: 0.00% |
| Pay Period Begin: | 10/23/2022 | Curr Tot Hrs Worked: 34.98 | | Average Hours: 36.25 |
| Pay Period End: | 10/29/2022 | Total Hours YTD: | 1103.43 | **TARGET** |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 894.85 | 0.00 | 178.73 | 1.52 | 714.60 |
| YTD | 25,413.21 | 0.00 | 4,947.25 | 48.11 | 20,417.85 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| CA DC Walk Time | 10/23/2022 - 10/29/2022 | 0.4 | 20.16 | 8.07 | 150.83 | OASDI | 55.48 | 1,575.62 |
| Emergency Taken YTD | 10/23/2022 - 10/29/2022 | 69 | 0 | 0.00 | 0.00 | Medicare | 12.97 | 368.49 |
| Health Check | 10/23/2022 - 10/29/2022 | 0.2 | 20.16 | 4.04 | 78.11 | Federal Withholding | 73.55 | 2,012.98 |
| Overtime | 10/23/2022 - 10/29/2022 | 10.8 | 31.24 | 337.40 | 8,180.44 | State Tax - CA | 26.88 | 710.61 |
| Regular | 10/23/2022 - 10/29/2022 | 23.58 | 20.16 | 475.38 | 11,679.64 | CA SDI - CASDI | 9.85 | 279.55 |
| Shift Rate ($2.00) | 10/23/2022 - 10/29/2022 | 34.98 | 2 | 69.96 | 1,874.06 | | | |
| CA DC Walk Prem | | | | | 11.52 | | | |
| Emergency Time Off | | | | | 1,297.20 | | | |
| Health Check Prem | | | | | 5.76 | | | |
| Hol Prem | | | | | 838.40 | | | |
| Holiday | | | | | 631.90 | | | |
| Shift Rate ($1.00) | | | | | 20.10 | | | |
| Sick | | | | | 440.55 | | | |
| Vacation | | | | | 204.70 | | | |
| | | | | | | Employee Taxes | 178.73 | 4,947.25 |
| Earnings | | | | 894.85 | 25,413.21 | | | |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| | | | LTD | 1.52 | 48.11 |
| Total | 0.00 | 0.00 | Total | 1.52 | 48.11 |

| Federal | State | Taxable Wages | | |
|---|---|---|---|---|
| Marital Status: Single or Married filing separately | Single or Married filing separately | Description | Amount | YTD |
| | | OASDI | 894.85 | 25,413.21 |
| Allowances 0 | 0 | Medicare | 894.85 | 25,413.21 |
| | | Federal Withholding | 894.85 | 25,413.21 |
| Additional Withholding 0 | | State Tax - CA | 894.85 | 25,413.21 |

| Time Off Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Emergency Time Off | 0.00 | 0.00 | 17.00 |
| Sick | 1.17 | 0.00 | 10.06 |
| Vacation | 1.89 | 0.00 | 59.17 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | Reference ID | Amount |
| Wells Fargo | Wells Fargo ******2821 | ******2821 | 049663375 | 714.60 USD |

Target Corporation  7000 Target Parkway N. Mail Stop: NCC-0102 Minneapolis, MN 55445,  HROC 1-800-394-1885

| | | | | |
|---|---|---|---|---|
| Name: | Jason Sweeney | Check #: | **VOID** | 401k Before TAX: | 0.00% |
| Employee ID: | 0076162895 | Check Date: | 11/10/2022 | 401k After TAX: | 0.00% |
| Pay Period Begin: | 10/30/2022 | Curr Tot Hrs Worked: | 23.25 | Average Hours: | 36.09 |
| Pay Period End: | 11/05/2022 | Total Hours YTD: | 1134.68 | | **TARGET** |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 772.21 | 0.00 | 145.18 | 1.52 | 625.51 |
| YTD | 26,185.42 | 0.00 | 5,092.43 | 49.63 | 21,043.36 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| CA DC Walk Time | 10/30/2022 - 11/05/2022 | 0.2 | 20.16 | 4.04 | 154.87 | OASDI | 47.88 | 1,623.50 |
| Emergency Taken YTD | 10/30/2022 - 11/05/2022 | 69 | 0 | 0.00 | 0.00 | Medicare | 11.20 | 379.69 |
| Health Check | 10/30/2022 - 11/05/2022 | 0.15 | 20.16 | 3.03 | 81.14 | Federal Withholding | 58.83 | 2,071.81 |
| Overtime | 10/30/2022 - 11/05/2022 | 7.2 | 31.24 | 224.94 | 8,405.38 | State Tax - CA | 18.78 | 729.39 |
| Regular | 10/30/2022 - 11/05/2022 | 15.7 | 20.16 | 316.52 | 11,996.16 | CA SDI - CASDI | 8.49 | 288.04 |
| Shift Rate ($2.00) | 10/30/2022 - 11/05/2022 | 23.2 | 2 | 46.40 | 1,920.46 | | | |
| Sick | 10/30/2022 - 11/05/2022 | 8 | 22.16 | 177.28 | 617.83 | | | |
| CA DC Walk Prem | | | | | 11.52 | | | |
| Emergency Time Off | | | | | 1,297.20 | | | |
| Health Check Prem | | | | | 5.76 | | | |
| Hol Prem | | | | | 838.40 | | | |
| Holiday | | | | | 631.90 | | | |
| Shift Rate ($1.00) | | | | | 20.10 | | | |
| Vacation | | | | | 204.70 | | | |
| | | | | | | Employee Taxes | 145.18 | 5,092.43 |
| Earnings | | | | 772.21 | 26,185.42 | | | |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| | | | LTD | 1.52 | 49.63 |
| Total | 0.00 | 0.00 | Total | 1.52 | 49.63 |

| | Federal | State | Taxable Wages | | |
|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married filing separately | Description | Amount | YTD |
| | | | OASDI | 772.21 | 26,185.42 |
| Allowances | 0 | 0 | Medicare | 772.21 | 26,185.42 |
| Additional Withholding | 0 | | Federal Withholding | 772.21 | 26,185.42 |
| | | | State Tax - CA | 772.21 | 26,185.42 |

| Time Off Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Emergency Time Off | 0.00 | 0.00 | 17.00 |
| Sick | 0.78 | 8.00 | 2.84 |
| Vacation | 1.69 | 0.00 | 60.86 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | Reference ID | Amount |
| Wells Fargo | Wells Fargo ******2821 | ******2821 | 049999973 | 625.51   USD |

Target Corporation  7000 Target Parkway N. Mail Stop: NCC-0102 Minneapolis, MN 55445,  HROC 1-800-394-1885

| Name: | Jason Sweeney | Check #: | **VOID** | 401k Before TAX: | 0.00% | **TARGET** |
|---|---|---|---|---|---|---|
| Employee ID: | 0076162895 | Check Date: | 11/17/2022 | 401k After TAX: | 0.00% | |
| Pay Period Begin: | 11/06/2022 | Curr Tot Hrs Worked: | 45.1 | Average Hours: | 36.37 | |
| Pay Period End: | 11/12/2022 | Total Hours YTD: | 1179.78 | | | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,131.15 | 0.00 | 253.58 | 1.52 | 876.05 |
| YTD | 27,316.57 | 0.00 | 5,346.01 | 51.15 | 21,919.41 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| CA DC Walk Time | 11/06/2022 - 11/12/2022 | 0.5 | 20.16 | 10.08 | 164.95 | OASDI | 70.13 | 1,693.63 |
| Emergency Taken YTD | 11/06/2022 - 11/12/2022 | 69 | 0 | 0.00 | 0.00 | Medicare | 16.40 | 396.09 |
| Health Check | 11/06/2022 - 11/12/2022 | 0.25 | 20.16 | 5.04 | 86.18 | Federal Withholding | 109.78 | 2,181.59 |
| Overtime | 11/06/2022 - 11/12/2022 | 12.93 | 31.13 | 402.52 | 8,807.90 | State Tax - CA | 44.83 | 774.22 |
| Regular | 11/06/2022 - 11/12/2022 | 31.42 | 20.16 | 633.43 | 12,629.59 | CA SDI - CASDI | 12.44 | 300.48 |
| Shift Rate ($1.00) | 11/06/2022 - 11/12/2022 | 10.12 | 1 | 10.12 | 30.22 | | | |
| Shift Rate ($2.00) | 11/06/2022 - 11/12/2022 | 34.98 | 2 | 69.96 | 1,990.42 | | | |
| CA DC Walk Prem | | | | | 11.52 | | | |
| Emergency Time Off | | | | | 1,297.20 | | | |
| Health Check Prem | | | | | 5.76 | | | |
| Hol Prem | | | | | 838.40 | | | |
| Holiday | | | | | 631.90 | | | |
| Sick | | | | | 617.83 | | | |
| Vacation | | | | | 204.70 | | | |
| | | | | | | Employee Taxes | 253.58 | 5,346.01 |
| Earnings | | | | 1,131.15 | 27,316.57 | | | |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| | | | LTD | 1.52 | 51.15 |
| Total | 0.00 | 0.00 | Total | 1.52 | 51.15 |

| | Federal | State | Taxable Wages | | |
|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married filing separately | Description | Amount | YTD |
| | | | OASDI | 1,131.15 | 27,316.57 |
| Allowances | 0 | 0 | Medicare | 1,131.15 | 27,316.57 |
| Additional Withholding | 0 | | Federal Withholding | 1,131.15 | 27,316.57 |
| | | | State Tax - CA | 1,131.15 | 27,316.57 |

| Time Off Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Emergency Time Off | 0.00 | 0.00 | 17.00 |
| Sick | 1.51 | 0.00 | 4.35 |
| Vacation | 2.43 | 0.00 | 63.29 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | Reference ID | Amount |
| Wells Fargo | Wells Fargo ******2821 | ******2821 | 050247483 | 876.05    USD |

Target Corporation  7000 Target Parkway N. Mail Stop: NCC-0102 Minneapolis, MN 55445,  HROC 1-800-394-1885

| Name: | Jason Sweeney | Check #: | **VOID** | 401k Before TAX: | 0.00% | |
|---|---|---|---|---|---|---|
| Employee ID: | 0076162895 | Check Date: | 11/23/2022 | 401k After TAX: | 0.00% | **TARGET** |
| Pay Period Begin: | 11/13/2022 | Curr Tot Hrs Worked: | 35.01 | Average Hours: | 36.33 | |
| Pay Period End: | 11/19/2022 | Total Hours YTD: | 1214.79 | | | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 895.87 | 0.00 | 179.00 | 1.52 | 715.35 |
| YTD | 28,212.44 | 0.00 | 5,525.01 | 52.67 | 22,634.76 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| CA DC Walk Time | 11/13/2022 - 11/19/2022 | 0.4 | 20.16 | 8.07 | 173.02 | OASDI | 55.54 | 1,749.17 |
| Emergency Taken YTD | 11/13/2022 - 11/19/2022 | 69 | 0 | 0.00 | 0.00 | Medicare | 12.99 | 409.08 |
| Health Check | 11/13/2022 - 11/19/2022 | 0.2 | 20.16 | 4.04 | 90.22 | Federal Withholding | 73.67 | 2,255.26 |
| Overtime | 11/13/2022 - 11/19/2022 | 10.83 | 31.24 | 338.34 | 9,146.24 | State Tax - CA | 26.94 | 801.16 |
| Regular | 11/13/2022 - 11/19/2022 | 23.58 | 20.16 | 475.38 | 13,104.97 | CA SDI - CASDI | 9.86 | 310.34 |
| Shift Rate ($2.00) | 11/13/2022 - 11/19/2022 | 35.02 | 2 | 70.04 | 2,060.46 | | | |
| CA DC Walk Prem | | | | | 11.52 | | | |
| Emergency Time Off | | | | | 1,297.20 | | | |
| Health Check Prem | | | | | 5.76 | | | |
| Hol Prem | | | | | 838.40 | | | |
| Holiday | | | | | 631.90 | | | |
| Shift Rate ($1.00) | | | | | 30.22 | | | |
| Sick | | | | | 617.83 | | | |
| Vacation | | | | | 204.70 | | | |
| | | | | | | Employee Taxes | 179.00 | 5,525.01 |
| Earnings | | | | 895.87 | 28,212.44 | | | |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| | | | LTD | 1.52 | 52.67 |
| Total | 0.00 | 0.00 | Total | 1.52 | 52.67 |

| | Federal | State | Taxable Wages | | |
|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married filing separately | Description | Amount | YTD |
| | | | OASDI | 895.87 | 28,212.44 |
| Allowances | 0 | 0 | Medicare | 895.87 | 28,212.44 |
| | | | Federal Withholding | 895.87 | 28,212.44 |
| Additional Withholding | 0 | | State Tax - CA | 895.87 | 28,212.44 |

| Time Off Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Emergency Time Off | 0.00 | 0.00 | 17.00 |
| Sick | 1.17 | 0.00 | 5.52 |
| Vacation | 1.89 | 0.00 | 65.18 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | Reference ID | Amount |
| Wells Fargo | Wells Fargo ******2821 | ******2821 | 050555261 | 715.35   USD |

Target Corporation  7000 Target Parkway N. Mail Stop: NCC-0102 Minneapolis, MN 55445,  HROC 1-800-394-1885

| Name: | Jason Sweeney | Check #: | **VOID** | 401k Before TAX: | 0.00% | |
|---|---|---|---|---|---|---|
| Employee ID: | 0076162895 | Check Date: | 12/01/2022 | 401k After TAX: | 0.00% | **TARGET** |
| Pay Period Begin: | 11/20/2022 | Curr Tot Hrs Worked: | 35.05 | Average Hours: | 36.65 | |
| Pay Period End: | 11/26/2022 | Total Hours YTD: | 1261.84 | | | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,139.09 | 0.00 | 256.72 | 1.52 | 880.85 |
| YTD | 29,351.53 | 0.00 | 5,781.73 | 54.19 | 23,515.61 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| CA DC Walk Time | 11/20/2022 - 11/26/2022 | 0.4 | 20.16 | 8.07 | 181.09 | OASDI | 70.62 | 1,819.79 |
| Emergency Taken YTD | 11/20/2022 - 11/26/2022 | 69 | 0 | 0.00 | 0.00 | Medicare | 16.52 | 425.60 |
| Health Check | 11/20/2022 - 11/26/2022 | 0.2 | 20.16 | 4.04 | 94.26 | Federal Withholding | 111.52 | 2,366.78 |
| Holiday | 11/20/2022 - 11/26/2022 | 12 | 20.16 | 241.92 | 873.82 | State Tax - CA | 45.53 | 846.69 |
| Overtime | 11/20/2022 - 11/26/2022 | 10.87 | 31.24 | 339.58 | 9,485.82 | CA SDI - CASDI | 12.53 | 322.87 |
| Regular | 11/20/2022 - 11/26/2022 | 23.58 | 20.16 | 475.38 | 13,580.35 | | | |
| Shift Rate ($2.00) | 11/20/2022 - 11/26/2022 | 35.05 | 2 | 70.10 | 2,130.56 | | | |
| CA DC Walk Prem | | | | | 11.52 | | | |
| Emergency Time Off | | | | | 1,297.20 | | | |
| Health Check Prem | | | | | 5.76 | | | |
| Hol Prem | | | | | 838.40 | | | |
| Shift Rate ($1.00) | | | | | 30.22 | | | |
| Sick | | | | | 617.83 | | | |
| Vacation | | | | | 204.70 | | | |
| | | | | | | Employee Taxes | 256.72 | 5,781.73 |
| Earnings | | | | 1,139.09 | 29,351.53 | | | |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| | | | LTD | 1.52 | 54.19 |
| Total | 0.00 | 0.00 | Total | 1.52 | 54.19 |

| | Federal | State | Taxable Wages | | |
|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married filing separately | Description | Amount | YTD |
| | | | OASDI | 1,139.09 | 29,351.53 |
| Allowances | 0 | 0 | Medicare | 1,139.09 | 29,351.53 |
| Additional Withholding | 0 | | Federal Withholding | 1,139.09 | 29,351.53 |
| | | | State Tax - CA | 1,139.09 | 29,351.53 |

| Time Off Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Emergency Time Off | 0.00 | 0.00 | 17.00 |
| Sick | 1.17 | 0.00 | 6.69 |
| Vacation | 2.54 | 0.00 | 67.72 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | Reference ID | Amount |
| Wells Fargo | Wells Fargo ******2821 | ******2821 | 050806304 | 880.85   USD |