Charles Daff, (Bar No. 76178)
2107 N. Broadway, Suite 308
Santa Ana, CA 92706
Tel: (657) 218-4800
Fax: (657) 218-4858
Email: charleswdaff@gmail.com
Chapter 7 Trustee

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JASON SWEENEY<br><br><br><br><br>Debtor(s). | Case No. 6:22-bk-14530-WJ<br>Chapter 7<br><br>NOTIFICATION OF TELEPHONIC MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 U.S.C. 341(a)] |

COUNSEL: BENJAMIN HESTON
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the telephonic Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) is scheduled for **01/10/2023 at 08:00 AM.**

**Dial the call-in number:**    1-866-914-5737
**Enter the Passcode:**    2802110#

**Identification Procedures** – Debtor(s) should provide copies of their **photo identification and proof of Social Security number** to the presiding trustee seven days prior to the 341 meeting. Copies may be submitted through the Trustee's Document Portal or may be mailed to the trustee at the address in the upper left hand corner of this document. If the photo ID and proof of social security number are not received seven days prior to the 341 meeting, the trustee may continue the hearing to an alternate date. Tax returns may be submitted by the document portal or mailed to the trustee.

**Preparation for the Call:** - Use a landline to avoid interruptions and background noise. Avoid using a cell phone, if possible. - Each call will have multiple cases; after connecting to the call please place your phone on mute and wait until your case is called before speaking. - When your case is called, please speak clearly and loudly as the meeting is being recorded. - Debtors should be prepared and have copies of documents on which they can reasonably expect to be examined (petition, schedules, statement of financial affairs, tax returns, etc.) or any documents the trustee has indicated in advance that debtors should have available for questioning.

I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on **December 14, 2022**

DATED: December 14, 2022                /s/ Charles Daff_____
                                        Charles Daff
                                        Chapter 7 Trustee